## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
12/28/2020
**JEFFREY P. COLWELL, CLERK**

Civil Action No.  _____

(To be supplied by the court)

Hauoli  Ulrich _____, Plaintiff

v.

Department of Human Services,

Colorado Mental Health,
Institute in Pueblo

State Personnel Board,

Department of Personnel , Defendant(s).
& Administration

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Hauoli  Ulrich, 1746 Bonforte Blvd, Pueblo, CO 81001
(Name and complete mailing address)

(702) 742-8083, ulrich2652@yahoo.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Department of Human Services
1600 W. 24th St, Pueblo, CO 81003
(Name and complete mailing address)

(719) 546-4000, www.colorado.gov/cdhs
(Telephone number and e-mail address if known)

Defendant 2:   Colorado Mental Health Institute in Pueblo
1600 W. 24th St, Pueblo, CO 81003
(Name and complete mailing address)

(719) 546-4000, www.colorado.gov
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

\_\_\_\_    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

X    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

\_\_\_\_    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621. et seq. (employment discrimination on the basis of age)

X    Other: *(please specify)* Colorado Anti-Discrimination Act

B. Defendant(s) Information

Defendant Three:

State Personnel Board
1525 Sherman St., 4th Floor
Denver, CO  80203

Defendant Four:

Department of Personnel & Administration
1525 Sherman St.
Denver, CO  80203

Defendant Five:

Stacy L. Worthington
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO  80203
(720) 508-6032
Stacy.Worthington @ coag.gov

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Failure    to    Accommodate

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote                 _X_ failure to accommodate disability

____ termination of employment          ____ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race           ____ religion        ____ national origin        ____ age

____ color          ____ sex             _X_ disability

Supporting facts:

The Defendant violated the Colorado Anti-Discrimination Act by failing to explore reasonable accommodations concerning the mask requirement (April 10, 2020 email attached proving accommodation denied). The Defendant had many EEOC and ADA resources footnoted in the

3

Claim One (cont.): Failure to Accommodate

Defendant's Information Sheet to review concerning the face mask. These EEOC and ADA resources provided reasonable accommodation options for wearing the face mask. Defendant's allegations about Plaintiff refusing to wear the face mask is a moot point because the Plaintiff wore the required face mask on April 12, 2020 (email attached) and April 14, 2020. The Plaintiff does wear the surgical face mask for her entire shift at Southern Peaks Regional Treatment Center - the Plaintiff's current employer.

Mail body: Fw: Closing ADA FIle

—— Forwarded Message ——
**From:** Schmelzer - CDHS, Nancy <nancy.schmelzer@state.co.us>
**To:** Hauoli Ulrich - CDHS <hauoli.ulrich@state.co.us>; Hauoli Ulrich <ulrich2652@yahoo.com>
**Cc:** ada - CDHS, cdhs_ <cdhs_ada@state.co.us>; Jeffrey Witt - CDHS <jeffrey.witt@state.co.us>; Melissa Baca - CDHS <melissa.baca@state.co.us>
**Sent:** Friday, April 10, 2020, 06:31:58 PM MDT
**Subject:** Closing ADA FIle

Good Afternoon Hauoli

As we discussed last week when you brought in your ADA request, we do not have a way to accommodate your request to not wear a mask. Unfortunately, with the COVID-19 pandemic all of our facilities have instituted the requirement to wear a mask in all patient areas and any areas that we are unable to maintain social distancing.

Therefore, I am denying your ADA request for accommodation and closing your ADA file.

Sincerely,
Nancy L Schmelzer
ADA Coordinator



**COLORADO**
Office of Administrative Solutions
Division of Human Resources
719-546-5086 **Office**   719-671-7774 **Cell**   303-866-6072 **Fax**

nancy.schmelzer@state.co.us  |  www.colorado.gov/cdhs

**Need Information on Benefits?** Click Here



CONFIDENTIALITY NOTICE: This email and any attachments from the Colorado Department of Human Services are confidential and intended solely for the use of the individual or entity to which it is addressed. The information contained herein may include protected or otherwise privileged information. Unauthorized review, forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you have received this message in error, please notify the sender by replying to this message and deleting the email without further disclosure.

Mail body: Fw: Facemask

—— Forwarded Message ——
**From:** Ulrich - CDHS, Hauoli <hauoli.ulrich@state.co.us>
**To:** Witt - CDHS, Jeffrey <jeffrey.witt@state.co.us>
**Cc:** "ulrich2652@yahoo.com" <ulrich2652@yahoo.com>; Lisa VanCamp - CDHS <lisa.vancamp@state.co.us>
**Sent:** Sunday, April 12, 2020, 07:47:28 PM MDT
**Subject:** Re: Facemask

Hi Jeff,

It feels good to be back at work. I am wearing the mask & I need to remember to breathe. Til next time.

Respectfully,

Hauoli Ulrich

On Tue, Apr 7, 2020 at 12:49 PM Witt - CDHS, Jeffrey <jeffrey.witt@state.co.us> wrote:
Hello Hauoli,

I haven't had the formal chance of meeting you, but I would first like to welcome you to BTU and our program. I have been in touch with both Lisa and Nancy and I just want to make sure we are completely clear on the expectations regarding wearing the facemask while at work.

At this time ALL staff must wear a hospital issued facemask at all times while on campus. Staff must have an approved facemask to be let into the Hawkins building to get to the units. While on the unit staff must be wearing their hospital issued facemasks at all times. Homemade masks are <u>not</u> approved to be worn in replace of a hospital issued one. The only exception is that staff can wear a homemade mask <u>over</u> their hospital issued mask. The use of other Personal Protective Equipment (PPE) but be hospital approved and supplied equipment only. The use of other PPE should be only as directed and situation specific. This is to conserve the use of equipment for use only during situations that require the use of PPE other than facemasks.

The instructions for our hospital issued mask use are as follows:
1) Open the pleats and pre-bend the nose piece in the middle.
2) Place the mask on your face and pull the loops behind your ears. The mask should fully cover your nose, mouth and chin.
3) Press on the nose piece to tighten the fit.

Due to a nationwide shortage of masks we currently only have one type of hospital issued masks that we are providing Hospital wide.

I would like to ask that you send no further requests at this time for you to follow different directions outside of the expectations outlined in this email. If you have additional requests or feel that you need additional accommodation please go through the benefits office and ADA coordinator.

Failure to follow the expectations outlined in this email and the hospital wide expectations regarding the use of facemasks, <u>may</u> result in progressive discipline and of you being asked to leave the unit for patient and staff safety. Please feel free to reach out to me regarding questions related to the directions in this email. Thank you!

**Jeff Witt, RN, BSN**
**Program Chief Nurse**
Cognitive Behavior Program
Colorado Mental Health Institute at Pueblo

**COLORADO**
**Department of Human Services**

P 719.546.5199  |  C 719.369.0730
1600 W 24th Street., Building 121, Pueblo, CO 81003
Jeffrey.Witt@state.co.us  |  www.colorado.gov/cdhs

CLAIM TWO: Disability Discrimination

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire      ___ different terms and conditions of employment

___ failure to promote      ___ failure to accommodate disability

___ termination of employment      ___ retaliation

___ other: (*please specify*) disability discrimination

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race      ___ religion      ___ national origin      ___ age

___ color      ___ sex      _X_ disability

Supporting facts:

Plaintiff is disabled under the Colorado Anti-Discrimination Act. When originally hired, the Plaintiff was qualified for her job. The termination of the Plaintiff's employment was an "adverse employment action." A claim of discrimination requires the identification of situations or circumstances from which discrimination can be inferred. A Lead Nurse, Ms. Pope, on Dec. 20, 2019, warned the Plaintiff

Claim Two (cont.): <u>Disability Discrimination</u>

contacting the ADA Coordinator was inappropriate. On Jan. 31, 2020, Mr. Martinez and Ms. Trujillo warned the Plaintiff to comply with "Communication Requirements" or the failure to comply "will result in personnel action up to and including termination." On April 7, 2020, Mr. Witt warned the Plaintiff not to send requests to follow different directions. On April 15, 2020, Mr. Witt cited the Plaintiff's refusal to comply to the "Communication Requirements" was a reason the Plaintiff's employment was terminated. The Defendant's repeated admonishments & failure to begin/engage in the interactive process creates inferences of discrimination.

6

Claim Three: <u>Wrongful   Termination</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire          ___ different terms and conditions of employment

___ failure to promote          ___ failure to accommodate disability

___ termination of employment          ___ retaliation

<u>X</u> other: (*please specify*) <u>wrongful   termination</u>

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race          ___ religion          ___ national origin          ___ age

___ color          ___ sex          X disability

Supporting facts:

There is doubt concerning the truth, accuracy, and reasons for the Plaintiff's termination of employment. The reasons put forth by the Defendant create disbelief and a suspicion of mendacity which show intentional discrimination as well as wrongful termination. In an email on April 7, 2020, Mr. Witt admitted he never "had the formal chance of

7

Claim Three (cont.): Wrongful Termination

meeting" the Plaintiff (email attached), Plaintiff never met with Mr. Witt before April 15, 2020, when the Plaintiff was terminated. Defendant has no valid reasons for terminating Plaintiff's employment. Plaintiff's three work performance evaluations score her as a Satisfactory Employee (Evaluations attached). Plaintiff passed three background checks and drug test for current employer. The termination letter, written by Mr. Witt, is filled with false accusations. Every accusation made by Mr. Witt is false because there are no disciplinary write-ups or documented evidence. The Plaintiff's 3 work performance

8

Claim Three (cont.): <u>Wrongful    Termination</u>

evaluations   score   her   as   a
Satisfactory   employee. In   an   email,
dated   April   7, 2020 (email attached),
Mr. Witt   admits   to   never   formally
meeting   the   Plaintiff. Furthermore,
if   Mr. Witt   never   met   the   Plaintiff
until   April 15, 2020,   how   was   he
able   to   observe   the   events   he
claims   in   the   termination   letter?

Mail body: Fw: Facemask

---

— Forwarded Message —
**From:** Witt - CDHS, Jeffrey <jeffrey.witt@state.co.us>
**To:** Hauoli Ulrich - CDHS <hauoli.ulrich@state.co.us>; "ulrich2652@yahoo.com" <ulrich2652@yahoo.com>
**Cc:** Lisa VanCamp - CDHS <lisa.vancamp@state.co.us>
**Sent:** Tuesday, April 7, 2020, 12:49:10 PM MDT
**Subject:** Facemask

Hello Hauoli,

I haven't had the formal chance of meeting you, but I would first like to welcome you to BTU and our program. I have been in touch with both Lisa and Nancy and I just want to make sure we are completely clear on the expectations regarding wearing the facemask while at work.

At this time ALL staff must wear a hospital issued facemask at all times while on campus. Staff must have an approved facemask to be let into the Hawkins building to get to the units. While on the unit staff must be wearing their hospital issued facemasks at all times. Homemade masks are not approved to be worn in replace of a hospital issued one. The only exception is that staff can wear a homemade mask over their hospital issued mask. The use of other Personal Protective Equipment (PPE) but be hospital approved and supplied equipment only. The use of other PPE should be only as directed and situation specific. This is to conserve the use of equipment for use only during situations that require the use of PPE other than facemasks.

The instructions for our hospital issued mask use are as follows:
1) Open the pleats and pre-bend the nose piece in the middle.
2) Place the mask on your face and pull the loops behind your ears. The mask should fully cover your nose, mouth and chin.
3) Press on the nose piece to tighten the fit.

Due to a nationwide shortage of masks we currently only have one type of hospital issued masks that we are providing Hospital wide.

I would like to ask that you send no further requests at this time for you to follow different directions outside of the expectations outlined in this email. If you have additional requests or feel that you need additional accommodation please go through the benefits office and ADA coordinator.

Failure to follow the expectations outlined in this email and the hospital wide expectations regarding the use of facemasks, may result in progressive discipline and of you being asked to leave the unit for patient and staff safety. Please feel free to reach out to me regarding questions related to the directions in this email. Thank you!

**Jeff Witt, RN, BSN**
**Program Chief Nurse**
Cognitive Behavior Program
Colorado Mental Health Institute at Pueblo

**COLORADO** Department of Human Services

P 719.546.5199   C 719.369.0730
1600 W. 24th Street., Building 121. Pueblo, CO 81003
Jeffrey.Witt@state.co.us | www.colorado.gov_cdhs

# 2019-2020 Mid-Year PMP Review

## Review Period  4/1/2019 - 9/30/2019



**REVIEWER**

Jennifer Dumpert (Manager), Rebecca Cox (Manager - Co-Planner)

## Hauoli Ulrich

MENTAL HLTH CLINICIAN I
Position

## 2019-2020 Core Competencies

### Accountability

Employee's work behavior demonstrates responsible personal and professional conduct, which contributes to the overall goals and missions of the Department. This includes demonstrating skill in the appreciation of occupational knowledge that supports the Department's vision to be the nation's leader in providing human services.

- Provides consistent, timely, high quality work.
- Meets assigned deadlines without additional prompting by supervisor or others.
- When on leave, arrangements are made for "current" work/responsibilities to continue.
- Knows how to keep confidential information confidential.
- Employee completes work well in advance of deadlines so that the supervisor has plenty of time to review documents and make revisions if necessary.
- Assists coworkers in response to fluctuations in workloads for the benefit of the department.

### Comments

**Rebecca Cox** (Manager - Co-Planner):
Hauoli continues to adjust to her role on the unit.. She has had significant difficulty in accessing the schedules even after assistance. She did not follow through with contacting the staffing office for assistance, this led to a no-call, no-show on 10-13-19. She is  present in the milieu as assigned. Hauoli demonstrates respect for and abides by HIPAA. She completed all Mandatory training. She arrives to work in a timely manner, completes her shifts on time, minimizing incremental OT. She is in compliance with the sick leave policy. She completes assignments appropriate to the time slot they are assigned and available for her to complete. Haouli has taken an active role in her interactions with patients. She accepts her new role as a Mental Health Clinician to meet with weekly 1:1 's. Hauoli has not signed the nursing meeting minutes.

### Previous Responses

**Jennifer Dumpert** (Manager)
**Review:** 2019-2020 New Hire Performance Plan - **Date:** 9/12/2019
Staff is accountable for knowing the material in nursing rounds by reading and signing 100% of meeting minutes.

### Communication

Effectively communicates by actively listening and sharing relevant information with co-workers, supervisor(s) and customer/clients so as to anticipate problems and ensure the effectiveness of the department.

- Communicates to provide or exchange information while keeping others informed.
- Listens effectively to others ideas, problems, and suggestions.
- Adapts communication methods to respond to different audiences.
- Works in an open manner, shares information with others to get the job done.
- Responds in a prompt and friendly manner to requests and inquires.
- Is appropriate in all communications with co-workers regardless of race, age, gender, culture, ability, religion or sexual orientation.

**Comments**

**Rebecca Cox** (Manager - Co-Planner):

Hauoli engages with patients in the milieu as well as communicates changes or concerns to the charge RN. She communicates changes or concerns she sees in milieu to other team members as appropriate. When interacting with patients on the unit, she demonstrates an innate ability to adapt her conversation appropriately to communicate with different clientele. Hauoli is adjusting to the unit and communicating with team members appropriately. She is documenting shift notes such as precautions. She is learning to document her weekly notes. She needs training in documenting to all active IPOCs and non-RN interventions. When addressing concerns, she appears to get easily frustrated. She has been advised of using the chain of command for nursing after not utilizing it properly.

**Previous Responses**

**Jennifer Dumpert** (Manager)
**Review**: 2019-2020 New Hire Performance Plan - **Date**: 9/12/2019
Staff will communicate with leadership utilizing the chain of command.

## Customer Service

Works effectively with internal/external customers and clients to satisfy service and product expectations.

- Keeps appointments, call-return commitments, etc.
- Is available to the customer and provides accurate, consistent and honest information.
- Meets customer expectations in a timely manner and delivers what has been promised.
- Anticipates future needs/problems of customers and takes action to meet these needs or solve problems.
- Understands the customer from their point of view. Has a thorough knowledge of the customer's world and is able to anticipate the customer's requests.

**Comments**

**Rebecca Cox** (Manager - Co-Planner):

Hauoli has been present for her assignments and ready to work. Hauoli has been observed in the milieu interacting with patients.She also has been observed interacting with patients on a medical or behavioral one-to-one. Her interactions are appropriate and appear to be in a caring nature. She demonstrates active listening when talking with patients. Hauoli follows through with tasks and when on ICARE, will communicate needs or concerns of patients to the Charge RN. Hauoli is taking an interest in her role on the unit. She is learning the different interactions that may arise throughout her shift. Hauoli is always prompt to respond to situations which arise on the unit. She anticipates the needs of the patients throughout the shift and responds appropriately.

## Interpersonal Skills

Interacts effectively with others to establish and maintain smooth working relations.

- Demonstrates tact and diplomacy when resolving conflicts, addressing concerns directly with the individual(s) involved.
- Approach to conflict resolution is cooperative, creating enhanced teamwork, without hard feelings.
- Treats others with respect, courtesy, tact, and friendliness and actively attempts to be helpful towards others.

- Accepts criticism, is open to new ideas, and handles conflict constructively and diplomatically.
- Makes a special effort to boost employee morale and create a positive work environment.
- Creates and maintains an environment that encourages open communication, mutual trust, inclusion, and one in which employees are listened to regardless of their position in the organization.
- Accepts and respects peers regardless of differing needs for alternate work arrangement policies that include changes in individual work schedules.

### Comments

**Rebecca Cox** (Manager - Co-Planner):

Hauoli is learning how to navigate her interactions with staff in the facility. Hauoli reported feeling uncomfortable with select peers.  She worked with the RN II in addressing her concerns and in meeting with staff. The conflict was reportedly resolved. She also has demonstrated kindness to all those that she works with. She is adjusting well into working in a team environment. When she is requested to assist with an additional task on the unit she accepts respectfully and completes the task. Hauoli is present in the milieu and does not congregate in the nurses station.

### Previous Responses

**Jennifer Dumpert** (Manager)
**Review**: 2019-2020 New Hire Performance Plan - **Date**: 9/12/2019
Staff will not congregate behind the nursing station, but instead help the team and unit by engaging in professional duties.

## Job Knowledge

The employee is skilled in job-specific knowledge that is necessary to provide the appropriate quantity and quality of work in a timely and efficient manner.

- Possesses appropriate expertise to perform job at a professional level.
- When on the job, demonstrates thorough knowledge of the job in accordance with occupational and departmental standards.
- Exhibits significant knowledge level in areas of responsibility.
- Takes opportunities to increase knowledge of relevant job skills. • Demonstrates innovative behaviors at work.
- Displays positive attitude related to development or changes in technology.
- Maintains currency on changes, updates and improvements. • Works to improve existing processes.

### Comments

**Rebecca Cox** (Manager - Co-Planner):

Hauoli was hired in August 2019. And continues to learn the knowledge required to complete her assignments. Hauoli has been provided orientation and training. She has been trained and works on the computer assignments and point sheets. She has been encouraged to stay current with training and meeting minutes to stay current on policy and procedure. She received coaching on how to do 1:1 monitoring  and missing wellness checks. She performs wellness checks and I-CARE rounding. She meets with her assigned patients and completes other tasks as assigned. She is learning how to complete and calculate point sheets to determine the patient's level of treatment in the CMS. Completed Comp Fair in Sept 2019.

## Occupational Safety

The employee's actions, attitudes and communications demonstrate a high personal and professional regard for the organization's value of occupational safety and enhance the safety culture of the work unit and Department.

- Demonstrates safe behaviors at work while performing job tasks.
- Recognizes and corrects unsafe behavior when observed.
- Provides feedback to co-workers on safe and at-risk behaviors in regards to job tasks.
- Is willing to accept feedback from others on safe behaviors and/or decisions on safety processes.
- Serves as a role model for others in the area of occupational safety.
- Values safety, meaning regardless of the priorities of the day, safety is always on the agenda.
- Takes initiative to report safety hazards to supervisor, building maintenance personnel or appropriate safety personnel.
- Introduces new employees to and familiarizes them with the value of occupational safety.
- Works to improve existing occupational safety processes.
- Takes initiative to participate in departmental training and activities that promote CDHS occupational safety.

### Comments

**Rebecca Cox** (Manager - Co-Planner):
Hauoli demonstrates occupational safety by having her CTI and CPR certifications current, helping to prevent patient or personal injuries. She has yet to be involved in a containment or S&R. Hauoli demonstrate safe behaviors and appears to use the proper stance when positioning her body for safety during a verbal de-escalation episode. She has not been observed demonstrating unsafe behaviors. Hauoli has been trained to document for S&R episodes, but has not yet experienced an S&R episode.She was found to be reading personal materials while monitoring a patient on a one-to-one. She was advised that this was against policy. She needs to have eyes on the patient at all times for safety.

### Previous Responses

**Jennifer Dumpert** (Manager)
**Review:** 2019-2020 New Hire Performance Plan - **Date:** 9/12/2019
Staff will perform and document  seclusion and restraints  per policy

## 2019-2020 Goals

### Plan of Care

Plans of care will be documented against per policy at least 80% of the time, as tracked by supervisor audits.

**Start Date**
4/1/2019

**Due Date**
3/31/2020

**Progress**
50%

**Weight**
100%

**Perspective**
PMP Goal

**Categories**
PMP Goal- Communication, PMP Goal-
Job Knowledge

### Success Descriptors | Description

Details

### Comments

**Jennifer Dumpert** - 10/16/2019 7:39:47 PM

Needs education on how to use Competency Restoration Document and how to complete one-to-one weekly notes. Will
coordinate with her direct supervisor

## 2019-2020 Professional Development Objectives

### Training

Will attend 1 class (on-line or classroom) related to work, 1 due by 3/1/20. Classes will result in personal growth and development towards job description.

| **Start Date**<br>4/1/2019 | **Due Date**<br>3/31/2020 | **Progress**<br> | 0% |
|---|---|---|---|
| **Weight**<br>0% | **Perspective**<br>Professional Development Objective | **Categories**<br>Professional Development Plan | |

| Success Descriptors | Description |
|---|---|

Details

## 2019-2020 Mid-Year Acknowledgement

X
_____

Self

_____

Date

X Rebecca Cox
Manager

10/26/2019
Date

## CMHIP Nursing Dept 6 Month Progress Review for New Hires

| Employee Name: | HAUOLI ULRICH | Unit: | 67 | Employee ID: | 997138836 |
|---|---|---|---|---|---|
| Class Title: | CLIENT CARE AIDE II | Pos. Number: | IIB-03471 | Apptng Authority: | MARLENE TRUJILLO |
| Supervisor Name: | DENNIS MARTINEZ | Hire Date: | 8/19/2019 | Review by Date: | 2/19/2020 |

| Interim Evaluation/Progess Review Signatures | | | | |
|---|---|---|---|---|
| | | Signatures | | |
| | **Date** | **Employee** | | **Supervisor** |
| 6 Month Review | | *Hauol ulrich* | | |
| Comments: | | | | |

| Competency | Factors | Score (1, 2, or 3) |
|---|---|---|
| Accountability | No more than four unscheduled absences. No more than four tardies; no more than three missed swipes; willingly works where assigned; accountable for work performance and professionalism. | 2 |
| Customer Service | All work is productive, transparent and efficient; treats individuals with respect and avoids power struggles; available and approachable; completes work timely; is flexible and reliable; carries fair share of workload; completes all documentation as required; attitude reflects readiness and willingness; protects rights and reports violations. | 2 |
| Communication | Current on email; respectful in all exchanges; provides thorough shift change; adapts communication to varying audiences; promotes diversity and is free from discrimination; ensures confidentiality. | 1 |
| Interpersonal Skills | Demonstrates tact and diplomacy; conflict resolution is cooperative; gains the respect of others; remains free of gossip and drama; maintains smooth relationships with peers; fosters teamwork; promotes morale; creates mutual trust and inclusion; receptive to constructive criticism and direction. | 1 |
| Job Knowledge | Demonstrates thorough knowledge of job expectations; attends all assigned training; familiar with behavior plans, IBPs and iIBPs, 1:1 requirements; learning objectives; knows and understands policies/procedures, and internal processes. | 2 |
| Occupational Safety | Demonstrates safe behaviors; recognizes, corrects and reports unsafe behaviors; safety is always a priority. | 2 |
| | **Total Score** | 1.7 |

If total score is satisfactory, recommend to go to the midpoint of the employee's classification.

Complete areas shaded in green electronically.    Note: the score will automatically calculate.

## 2019-2020 Interim Evaluation (Supervisor or Position Changing)

Review Period  8/19/2019 - 3/6/2020



REVIEWER

Lisa VanCamp (Manager), Jeffrey Witt (Indirect Manager)

Hauoli Ulrich

MENTAL HLTH CLINICIAN I
Position

## 2019-2020 Core Competencies

### Accountability

Employee's work behavior demonstrates responsible personal and professional conduct, which contributes to the overall goals and missions of the Department. This includes demonstrating skill in the appreciation of occupational knowledge that supports the Department's vision to be the nation's leader in providing human services.

- Provides consistent, timely, high quality work.
- Meets assigned deadlines without additional prompting by supervisor or others.
- When on leave, arrangements are made for "current" work/responsibilities to continue.
- Knows how to keep confidential information confidential.
- Employee completes work well in advance of deadlines so that the supervisor has plenty of time to review documents and make revisions if necessary.
- Assists coworkers in response to fluctuations in workloads for the benefit of the department.

| Reviewer | Rating | Weight |
|---|---|---|
| **Lisa VanCamp** (Manager) | 1 - Level 1- Needs Improvement | 17% |

### Comments

**Lisa VanCamp** (Manager):
Hauoli had recently been transferred to unit F1 on March 7th.  She has been working on F1 for a little over one month.  She is noted to arrive to work on time and take her lunch breaks.  Hauoli had a call-off on 3/15.  She has recently had several more call-offs, 6 in the past two weeks.

### Previous Responses

**Rebecca Boisvert** (Manager - Co-Planner)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 10/27/2019
Hauoli continues to adjust to her role on the unit.. She has had significant difficulty in accessing the schedules even after assistance. She did not follow through with contacting the staffing office for assistance, this led to a no-call, no-show on 10-13-19. She is  present in the milieu as assigned. Hauoli demonstrates respect for and abides by HIPAA. She completed all Mandatory training. She arrives to work in a timely manner, completes her shifts on time, minimizing incremental OT. She is in compliance with the sick leave policy. She completes assignments appropriate to the time slot they are assigned and available for her to complete. Haouli has taken an active role in her interactions with patients. She accepts her new role as a Mental Health Clinician to meet with weekly 1:1 's. Hauoli has not signed the nursing meeting minutes.

**Jennifer Dumpert** (Manager)
**Review**: 2019-2020 New Hire Performance Plan - **Date**: 9/12/2019
Staff is accountable for knowing the material in nursing rounds by reading and signing 100% of meeting minutes.

### Communication

Effectively communicates by actively listening and sharing relevant information with co-workers, supervisor(s) and

customer/clients so as to anticipate problems and ensure the effectiveness of the department.

- Communicates to provide or exchange information while keeping others informed.
- Listens effectively to others ideas, problems, and suggestions.
- Adapts communication methods to respond to different audiences.
- Works in an open manner, shares information with others to get the job done.
- Responds in a prompt and friendly manner to requests and inquires.
- Is appropriate in all communications with co-workers regardless of race, age, gender, culture, ability, religion or sexual orientation.

| Reviewer | Rating | Weight |
|---|---|---|
| **Lisa VanCamp** (Manager) | 2 - Level 2- Successful | 17% |

**Previous Responses**

**Rebecca Boisvert** (Manager - Co-Planner)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 10/27/2019
Hauoli  engages with patients in the milieu as well as communicates changes or concerns to the charge RN. She communicates changes or concerns she sees  in milieu to other team members as appropriate. When interacting with patients on the unit, she demonstrates an innate ability to adapt her conversation appropriately to communicate with different clientele. Hauoli is adjusting to the unit and communicating with team members appropriately. She is documenting shift notes such as precautions. She is learning to document her weekly notes. She needs training in documenting to all active IPOCs and non-RN interventions.  When addressing concerns, she appears to get easily frustrated. She has been advised of using the chain of command for nursing after not utilizing it properly.

**Jennifer Dumpert** (Manager)
**Review**: 2019-2020 New Hire Performance Plan - **Date**: 9/12/2019
Staff will communicate with leadership utilizing the chain of command.


## Customer Service

Works effectively with internal/external customers and clients to satisfy service and product expectations.

- Keeps appointments, call-return commitments, etc.
- Is available to the customer and provides accurate, consistent and honest information.
- Meets customer expectations in a timely manner and delivers what has been promised.
- Anticipates future needs/problems of customers and takes action to meet these needs or solve problems.
- Understands the customer from their point of view. Has a thorough knowledge of the customer's world and is able to anticipate the customer's requests.

| Reviewer | Rating | Weight |
|---|---|---|
| **Lisa VanCamp** (Manager) | 1 - Level 1- Needs Improvement | 17% |

**Comments**

**Lisa VanCamp** (Manager):
Hauoli is new to the unit, there have not been any issue or concerns regarding interactions with peers or patients.  However

regarding keeping her commitments, she has not been on the unit for 2 weeks so others have had to pick up her duties.

**Previous Responses**

**Rebecca Boisvert** (Manager - Co-Planner)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 10/27/2019
Hauoli has been present for her assignments and ready to work. Hauoli has been observed in the milieu interacting with patients.She also has been observed interacting with patients on a medical or behavioral one-to-one. Her interactions are appropriate and appear to be in a caring nature. She demonstrates active listening when talking with patients. Hauoli follows through with tasks and when on ICARE, will communicate needs or concerns of patients to the Charge RN. Hauoli is taking an interest in her role on the unit. She is learning the different interactions that may arise throughout her shift. Hauoli is always prompt to respond to situations which arise on the unit. She anticipates the needs of the patients throughout the shift and responds appropriately.

## Interpersonal Skills

Interacts effectively with others to establish and maintain smooth working relations.

- Demonstrates tact and diplomacy when resolving conflicts, addressing concerns directly with the individual(s) involved.
- Approach to conflict resolution is cooperative, creating enhanced teamwork, without hard feelings.
- Treats others with respect, courtesy, tact, and friendliness and actively attempts to be helpful towards others.
- Accepts criticism, is open to new ideas, and handles conflict constructively and diplomatically.
- Makes a special effort to boost employee morale and create a positive work environment.
- Creates and maintains an environment that encourages open communication, mutual trust, inclusion, and one in which employees are listened to regardless of their position in the organization.
- Accepts and respects peers regardless of differing needs for alternate work arrangement policies that include changes in individual work schedules.

| Reviewer | Rating | Weight |
|---|---|---|
| **Lisa VanCamp** (Manager) | 2 - Level 2- Successful | 17% |

**Comments**

**Lisa VanCamp** (Manager):
There have been no issues or concerns with Hauoli, her peers have reported she has been working well with them on the unit and has presented with no conflict.

**Previous Responses**

**Rebecca Boisvert** (Manager - Co-Planner)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 10/27/2019
Hauoli is learning how to navigate her interactions with staff in the facility. Hauoli reported feeling uncomfortable with select peers.  She worked with the RN II in addressing her concerns and in meeting with staff. The conflict was reportedly resolved. She also has demonstrated kindness to all those that she works with. She is adjusting well into working in a team environment. When she is requested to assist with an additional task on the unit she accepts respectfully and completes the task. Hauoli is present in the milieu and does not congregate in the nurses station.

**Jennifer Dumpert** (Manager)
**Review**: 2019-2020 New Hire Performance Plan - **Date**: 9/12/2019
Staff will not congregate behind the nursing station, but instead help the team and unit by engaging in professional duties.

## Job Knowledge

The employee is skilled in job-specific knowledge that is necessary to provide the appropriate quantity and quality of work in a timely and efficient manner.

- Possesses appropriate expertise to perform job at a professional level.
- When on the job, demonstrates thorough knowledge of the job in accordance with occupational and departmental standards.
- Exhibits significant knowledge level in areas of responsibility.
- Takes opportunities to increase knowledge of relevant job skills. • Demonstrates innovative behaviors at work.
- Displays positive attitude related to development or changes in technology.
- Maintains currency on changes, updates and improvements. • Works to improve existing processes.

| Reviewer | Rating | Weight |
|---|---|---|
| **Lisa VanCamp** (Manager) | 2 - Level 2- Successful | 16% |

| Comments |
|---|

**Lisa VanCamp** (Manager):
Hauoli is new to the unit, she has been learning about our unit programming, including CMS.

| Previous Responses |
|---|

**Rebecca Boisvert** (Manager - Co-Planner)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 10/27/2019
Hauoli was hired in August 2019. And continues to learn the knowledge required to complete her assignments. Hauoli has been provided orientation and training. She has been trained and works on the computer assignments and point sheets. She has been encouraged to stay current with training and meeting minutes to stay current on policy and procedure. She received coaching on how to do 1:1 monitoring  and missing wellness checks. She performs wellness checks and I-CARE rounding. She meets with her assigned patients and completes other tasks as assigned. She is learning how to complete and calculate point sheets to determine the patient's level of treatment in the CMS. Completed Comp Fair in Sept 2019.

## Occupational Safety

The employee's actions, attitudes and communications demonstrate a high personal and professional regard for the organization's value of occupational safety and enhance the safety culture of the work unit and Department.

- Demonstrates safe behaviors at work while performing job tasks.
- Recognizes and corrects unsafe behavior when observed.
- Provides feedback to co-workers on safe and at-risk behaviors in regards to job tasks.
- Is willing to accept feedback from others on safe behaviors and/or decisions on safety processes.
- Serves as a role model for others in the area of occupational safety.

- Values safety, meaning regardless of the priorities of the day, safety is always on the agenda.
- Takes initiative to report safety hazards to supervisor, building maintenance personnel or appropriate safety personnel.
- Introduces new employees to and familiarizes them with the value of occupational safety.
- Works to improve existing occupational safety processes.
- Takes initiative to participate in departmental training and activities that promote CDHS occupational safety.

| Reviewer | Rating | Weight |
|---|---|---|
| **Lisa VanCamp** (Manager) | 2 - Level 2- Successful | 16% |

**Comments**

**Lisa VanCamp** (Manager):
There have been no current issues or concerns with safety since Hauoli transferred to F1.

**Previous Responses**

**Rebecca Boisvert** (Manager - Co-Planner)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 10/27/2019
Hauoli demonstrates occupational safety by having her CTI and CPR certifications current, helping to prevent patient or personal injuries. She has yet to be involved in a containment or S&R.  Hauoli demonstrate safe behaviors and appears to use the proper stance when positioning her body for safety during a verbal de-escalation episode. She has not been observed demonstrating unsafe behaviors. Hauoli has been trained to document for S&R episodes, but has not yet experienced an S&R episode.She was found to be reading personal materials while monitoring a patient on a one-to-one. She was advised that this was against policy. She needs to have eyes on the patient at all times for safety.

**Jennifer Dumpert** (Manager)
**Review**: 2019-2020 New Hire Performance Plan - **Date**: 9/12/2019
Staff will perform and document  seclusion and restraints  per policy

## 2019-2020 Goals

### Plan of Care

Plans of care will be documented against per policy at least 80% of the time, as tracked by supervisor audits.

| Start Date | Due Date | Progress |
|---|---|---|
| 4/1/2019 | 3/31/2020 | 50% |

**Weight**
100%

**Perspective**
PMP Goal

**Categories**
PMP Goal- Communication, PMP Goal-Job Knowledge

**Success Descriptors**   **Description**

Details

**Comments**

**Jennifer Dumpert** - 10/16/2019 7:39:47 PM

Needs education on how to use Competency Restoration Document and how to complete one-to-one weekly notes. Will coordinate with her direct supervisor

| Reviewer | Rating | Weight |
|---|---|---|
| **Lisa VanCamp** (Manager) | 2 - Level 2 | 100% |

**Previous Responses**

**Hauoli Ulrich** (Self)
**Rated**: 1 - Level 1 - **Review**: 2019-2020 Self Appraisal Employees - **Date**: 2/2/2020

**Hauoli Ulrich** (Self)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 9/29/2019

**Rebecca Boisvert** (Manager - Co-Planner)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 10/27/2019

## 2019-2020 Professional Development Objectives

### Training

Will attend 1 class (on-line or classroom) related to work, 1 due by 3/1/20.  Classes will result in personal growth and development towards job description.

| | | |
|---|---|---|
| **Start Date** <br> 4/1/2019 | **Due Date** <br> 3/31/2020 | **Progress** <br> 0% |
| **Weight** <br> 0% | **Perspective** <br> Professional Development Objective | **Categories** <br> Professional Development Plan |

### Success Descriptors | Description

Details

### Comments

**Lisa VanCamp** (Manager):
Still in progress

### Previous Responses

**Hauoli Ulrich** (Self)
**Rated**: 2 - Level 2 - **Review**: 2019-2020 Self Appraisal Employees - **Date**: 2/2/2020

**Hauoli Ulrich** (Self)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 9/29/2019

**Rebecca Boisvert** (Manager - Co-Planner)
**Review**: 2019-2020 Mid-Year PMP Review - **Date**: 10/27/2019

# Summary

**2019-2020 Interim Evaluation (Supervisor or Position Changing)**
Hauoli Ulrich

| | Supervisor Interim Evaluation Draft |
|---|---|
| 2019-2020 Core Competencies | **1.7** / 3.0<br>Level 1- Needs Improvement<br>(75.0%) |
| 2019-2020 Goals | **2.0** / 3.0<br>Level 2<br>(25.0%) |
| 2019-2020 Professional Development Objectives | N/A |
| Overall | **1.8** / 3.0<br>Level 2 |

## REQUEST FOR RELIEF

Plaintiff requests the following relief: (cont.) financial burden & loss, unjustified & invalid reasons for termination/ job loss, denial of the ability to apply for State employment, even though the Plaintiff is qualified, by the Department of Human Services/Department of Personnel/ Administration, back pay, front pay in lieu of reinstatement to regular/full time employment (no probationary period), termination is expunged from record, DHS/DPA never blocks Plaintiff from applying for State employment.

Date: 12-21-2020

Haust Ulrich
(Plaintiff's Original Signature)

1746 Bontorte Blvd
(Street Address)

Pueblo, CO 81001
(City, State, ZIP)

(702) 742-8083
(Telephone Number)

(Rev. 07/06)

10

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

✓ Yes (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

✓ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."*

Plaintiff deserves monetary damages in the
amount of $300 million dollars for undue stress,
severe mental anguish, defamation of character.

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Harold Ulrich*
(Plaintiff's signature)

12 - 21 - 2020
(Date)

(Revised December 2017)

33

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 541-2020-01983 |

| COLORADO CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MS. HAUOLI ULRICH** | **(702) 742-8083** | **1976** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1746 BONFORTE AVE., PUEBLO, CO 81001** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **COLORADO MENTAL HEALTH INSTITUTE IN PUEBLO** | **501+** | **(719) 546-4000** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1600 W. 24TH ST., PUEBLO, CO 81003** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **03-29-2020** Latest **04-15-2020**
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*
I was hired by CO Mental Health as a Mental Health Clinician in August 2019 and continued in this position until my employment ended. In or around October 2019, I coordinated with the ADA Coordinator and my accommodation was approved. From December 2019 to March 2020, co-workers created a hostile work environment by attacking me for things I did not do. In or around February/Mar 2020, I coordinated with the ADA Coordinator and was assigned to another unit as an accommodation. Due to the COVID-19 crisis, effective the week of March 29, 2020 and going forward, staff was required to start wearing face mask for patient/staff safety. I adhered to the facility directive; however, the face mask triggered my disability. I sent an email to my Lead Nurse communicating my difficulties and asked if there was another type of face mask I could try. She and the male Primary Care/Charge Nurse responded that I would either have to wear the mask or not work. On March 30, 2020, I received a call from my Lead Nurse and the Primary Care Nurse to discuss the issue, and again was told to wear the mask or take time off. I coordinated the time off with approval through the Lead Nurse and sought therapeutic methods of managing my condition with my medical provider. The ADA Coordinator sent me accommodation paperwork to be completed by my medical provider and I returned paperwork to her on

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Hauoli Ulrich on 05-06-2020 12:40 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2020-01983 |

| COLORADO CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

April 3, 2020.  On April 6, 2020, I was notified that my accommodation request was denied and there were no exceptions to the face mask policy.  I returned to work on April 12, 2020 and noticed staff were wearing different variations of face mask and face shields.  I complied by wearing the face mask provided to me.  On April 15, 2020, I was terminated after completing my previous nights shift.

I believe I was discriminated against because of my disability, within the meaning of the ADA, and retaliated against for engaging in a protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Hauoli Ulrich on 05-06-2020 12:40 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.  FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.  AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.  PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.  ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.  WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: **Hauoli Ulrich** | From: **Denver Field Office** |
|---|---|
| **1746 Bonforte Ave.** | **303 East 17th Avenue** |
| **Pueblo, CO 81001** | **Suite 410** |
| | **Denver, CO 80203** |

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | Philip Gross | |
| **541-2020-01983** | Supervisory Investigator | (303) 866-1341 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

for ~~[signature]~~                                                          **09/29/20**

Enclosure(s)                                                          *(Date Mailed)*

Amy Burkholder,
**Field Office Director**

cc:    COLORADO MENTAL HEALTH INSTITUTE IN PUEBLO

Enclosure with EEOC Form 161 (11/09)
**INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law . If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*
**PRIVATE SUIT RIGHTS --**

**Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90- day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later. Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.
**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.
**ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.
**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

Hauoli Ulrich
))))) 
*Plaintiff*

v.                     )  Civil Action No.

DHS, CMHIP, SPB, DPA   )
*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Department of Human Services/Colorado Mental Health in Pueblo
1600 W. 24th St., Pueblo, CO 81003
State Personnel Board          Department of Personnel ; Admin.
1525 Sherman St., 4th Floor    1525 Sherman St.
Denver, CO 80203               Denver, CO 80203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hauoli Ulrich
1746 Bonforte Blvd.
Pueblo, CO 81001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

JS 44 (Rev. 06/17) District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Hauoli Ulrich

**DEFENDANTS** Department of Human Services, Colorado Mental Health Institute in Pueblo, State Personnel Board, Department of Personnel & Admin.

**(b)** County of Residence of First Listed Plaintiff **Pueblo**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Pueblo/Denver**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Stacy L. Worthington
1300 Broadway, 10th Floor
Denver, CO 80203

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **IMMIGRATION** | | |
| [ ] 245 Tort Product Liability | [X] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Americans with Colorado Anti-Discrimination Act/Disabilities Act

Brief description of cause: [ ] AP Docket failure to accommodate, disability discrimination, wrongful termination

## VII. REQUESTED IN COMPLAINT:
- [X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 300,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE 12-21-2020

SIGNATURE OF ATTORNEY OF RECORD *Hauoli Ulrich*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____