IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03810-WJM-MEH

HAUOLI ULRICH,

    Plaintiff,

v.

DEPARTMENT OF HUMAN SERVICES,
COLORADO MENTAL HEALTH INSTITUTE IN PUEBLO,
STATE PERSONNEL BOARD,
DEPARTMENT OF PERSONNEL & ADMINISTRATION, and
STACY L. WORTHINGTON, Senior Assistant Attorney General,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting January 24, 2022 and January 25, 2022 Recommendations of United States Magistrate Judge of United States District Judge William J. Martínez entered on February 9, 2022, it is

ORDERED that the Magistrate Judge's Recommendations (ECF Nos. 68 and 69) are ADOPTED in their entirety. It is

FURTHER ORDERED that Defendant Stacy L. Worthington is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m). It is

FURTHER ORDERED that Defendants' Motion to Dismiss or in the Alternative for a More Definite Statement (ECF No. 17) is GRANTED IN PART AND DENIED IN PART. Plaintiff's claims against Defendants Department of Human Services, Colorado

Mental Health Institute in Pueblo, State Personnel Board, and Department of Personnel & Administration, are DISMISSED under Federal Rule of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction, and those entities are dismissed from this lawsuit. The Motion is DENIED in all other respects.  It is

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 58) is DENIED as MOOT.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiff.  It is

FURTHER ORDERED that each party shall bear their own costs.

Dated at Denver, Colorado this 9th day of February, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/E. Buchanan
E. Buchanan, Deputy Clerk